UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

| | |
|---|---|
| **CORTEZ VINCENT BAILEY** | **CASE NUMBER: 08-31588** |
| SSN: xxx-xx-6904 | **CHAPTER 13** |
| Debtor | |

**NOTICE TO CORTEZ BAILEY THAT $1,071.00 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUNDS ACCOUNT IN TREASURY FUND #6047BK**

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Cortez Bailey, debtor herein, and deposits $1,071.00 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. The last known address for Cortez Bailey was:

   53223 Nadine Street
   South Bend, IN 46637

2. Several of the Standing Chapter 13 Trustee's disbursement checks have been returned with "Forwarding Order Expired" stamped on the front of the envelope by the Postmaster.

3. Subsequent attempts to locate this debtor were fruitless.

4. Any objections to said Deposit should be made in writing, with the Court Clerk.

Dated: _11-20-09_

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached was sent on  *11-20-09*

By U. S. Mail to the Debtors as follows:

Debtor(s):  Cortez Vincent Bailey, 53223 Nadine Street, South Bend, IN 46637

By electronic e-mail to the following:

Debtor's Attorney:  Gerald Shidaker
U.S. Trustee

/s/ Debra L. Miller, Trustee
By:  Rosemary Ward-Wilson